UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY L. WOULLARD,

    Plaintiff,

v.                                                       Case No. 3:24cv253-LC-HTC

R. QUINN, et al.,

    Defendants.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on June 21, 2024, (ECF No. 5), recommending dismissal of Plaintiff's case as malicious under 28 U.S.C. § 1915A(b)(1), due to his failure to truthfully disclose his litigation history. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious under 28 U.S.C. § 1915A(b)(1) for Plaintiff's abuse of the judicial process.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of August, 2024.

   s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**